No. 10-8582. Tony Curtis Barrino, Petitioner v. Department of the Treasury, et al.

562 U.S. 1294, 131 S. Ct. 1694, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2408, ▪▪

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 782.

No. 10-8605. John Fitzgerald Kennedy, Petitioner v. The Trustees of the Testamentary Trust of the Last Will and Testament of President John F. Kennedy.

562 U.S. 1294, 131 S. Ct. 1695, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2229.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 406 Fed. Appx. 507.

No. 10-8609. Frederick Eldred Renneke, Petitioner v. Florence County, Wisconsin.

562 U.S. 1294, 131 S. Ct. 1695, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2300.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

No. 10-8612. Thomas Michael Trollope, Petitioner v. Steven R. Sheldon, et al.

562 U.S. 1295, 131 S. Ct. 1695, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2226.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8616. Clifford R. Tracy, Petitioner v. United States.

562 U.S. 1295, 131 S. Ct. 1695, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2411.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 224.

No. 10-8617. Clifford R. Tracy, Petitioner v. United States.

562 U.S. 1295, 131 S. Ct. 1695, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2305.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 232.

10-8619 Thierry Nzundu-Andi, Petitioner v. NCO Financial Systems, Inc.

562 U.S. 1295, 131 S. Ct. 1696, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2391.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-8631. Chor Bolo Lor, Petitioner v. Matthew C. Kramer.

562 U.S. 1295, 131 S. Ct. 1696, 179 L. Ed. 2d 630, 2011 U.S. LEXIS 2343.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 636.